

BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

FILED
MAY 23 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) CR. NO. 2:12-CR-0195 GEB
                          )
              Plaintiff,  ) ORDER TO SEAL
     v.                   ) (UNDER SEAL)
                          )
EMMA NERSESYAN, and       )
AGVAN NERSESYAN,          )
                          )
              Defendants. )
_____)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney R. Steven Lapham to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 5-23-2012

_____
EDMUND F. BRENNAN
United States Magistrate Judge

1