```
FILED
May 31, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>EMMA NERSESYAN, )<br>Defendant. )<br>) | Case No. 2:12-cr-00195-GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release EMMA NERSESYAN, Case No. 2:12-cr-00195-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __X__   Release on Personal Recognizance

   ____   Bail Posted in the Sum of: $

        ____   Co-Signed Unsecured Appearance Bond

        ____   Secured Appearance Bond

   __X__   (Other) Conditions as stated on the record.

   __X__   (Other) Defendant to report to the Pretrial Services Office on 06/1/2012 at 9:30 a.m.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 5/31/2012 at 3:16 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge