FILED

June 1, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )      Case No. 2:12-cr-00195-GEB
        Plaintiff,             )
v.                             )            AMENDED
                               )      ORDER FOR RELEASE OF
EMMA NERSESYAN,                )      PERSON IN CUSTODY
        Defendant.             )
                               )
_____)

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release EMMA NERSESYAN, Case No. 2:12-cr-

00195-GEB from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

_____     Release on Personal Recognizance

  X    Bail Posted in the Sum of: $25,000.00.

         X    Co-Signed Unsecured Appearance Bond

        _____     Secured Appearance Bond

         X    (Other) Conditions as stated on the record.

        _____  (Other)

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/1/2012   at 2:35 pm.

By _____
        Edmund F. Brennan
        United States Magistrate Judge