CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E Mail: c.fry@att.net

Attorney for AGVAN NERSESYAN,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>EMMA NERSESYAN and AGVAN NERSESYAN,,<br><br>          Defendants. | No. 12-CR-00195-GEB<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; (PROPOSED) FINDINGS AND ORDER** |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, as follows:

1.  By previous order, this matter was set for status on October 26, 2012.

2.  By this stipulation, defendants now move to continue the status conference until November 30, 2012,  and to exclude time between October 26, 2012, and November 30 2012, under Local Code T4.  Plaintiff does not oppose this request.

3.  The parties agree and stipulate, and request that the Court find the following:

    a.  The government has represented that the discovery associated with this case includes approximately 741 pages of documents  All of this discovery has been either produced directly to counsel and/or made available for inspection and

-1-

copying.

b. Counsel for defendant desires additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges and to discuss potential resolutions with their clients. Counsel for defendants believe that failure to grant the above-requested continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 26, 2012 to November 30, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 24, 2012       /s/ Candace A. Fry
                              CANDACE A. FRY, Attorney for
                              AGVAN NERSESYAN, Defendant

Dated: October 24, 2012       DANIEL BRODERICK
                              Federal Defender

                              By    /s/ Candace A. Fry for
                                    DOUGLAS BEEVERS. Assistant

−2−

                                       Federal Defender, Attorney for EMMA NERSESYAN, Defendant

Dated:  October 24, 2012          BENJAMIN B. WAGNER
                                         United States Attorney

By   */s/ Candace A. Fry for*
      R. STEVEN LAPHAM
      Assistant United States Attorney

(Signed for Mr. Beevers and Mr. Lapham with their prior authorization)

## **O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: October 25, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

-3-