CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E Mail: c.fry@att.net

Attorney for AGVAN NERSESYAN,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EMMA NERSESYAN and AGVAN NERSESYAN,,<br><br>　　　　　Defendants. | No. 12-CR-00195-GEB<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; (PROPOSED) FINDINGS AND ORDER** |

　　　　It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, as follows:

　　　　1.　　By previous order, this matter was set for status on January 18, 2013.

　　　　2.　　By this stipulation, defendants now move to continue the status conference until February 15, 2013,  and to exclude time between January 18, 2013, and February 15, 2013, under Local Code T4.  Plaintiff does not oppose this request.

　　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　a.　　The government has represented that the discovery associated with this case includes approximately 745 pages of documents  All of this discovery has been either produced directly to counsel and/or made available for inspection and

1 ///
2       copying.  A key report within these documents was only recently disseminated by
3       the government on January 8, 2013.
4   b.  Counsel for defendants desire additional time to consult with their clients, to review
5       the current charges, to conduct investigation and research related to the charges
6       and to discuss potential resolutions with their clients.  Counsel for defendants
7       believe that failure to grant the above-requested continuance would deny them
8       reasonable time necessary for effective preparation, taking into account the
9       exercise of due diligence.
10   c.  The government does not object to the continuance.
11   d.  Based on the above-stated findings, the ends of justice served by continuing the
12       case as requested outweigh the interest of the public and the defendant in a trial
13       within the original date prescribed by the Speedy Trial Act.
14   f.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
15       <u>et seq.</u>, within which trial must commence, the time period of January 18, 2013 to
16       February 15, 2013,  inclusive, is deemed excludable pursuant to 18 U.S.C.§
17       3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted
18       by the Court at defendants' request on the basis of the Court's finding that the
19       ends of justice served by taking such action outweigh the best interest of the
20       public and the defendant in a speedy trial.
21   4.  Nothing in this stipulation and order shall preclude a finding that other provisions of
22 the Speedy Trial Act dictate that additional time periods are excludable from the period
23 within which a trial must commence.
24 IT IS SO STIPULATED.

Dated: January 17, 2013         /s/ *Candace A. Fry*
                                          CANDACE A. FRY, Attorney for

|     |                           |                                                                                                    |
| --- | ------------------------- | -------------------------------------------------------------------------------------------------- |
| 1   |                           | AGVAN NERSESYAN, Defendant                                                                         |
| 2   | Dated: January 17, 2013   | DANIEL BRODERICK<br>Federal Defender                                                               |
| 3   |                           |                                                                                                    |
| 4   |                           | By   */s/ Candace A. Fry for*<br>    DOUGLAS BEEVERS. Assistant<br>    Federal Defender, Attorney for EMMA |
| 5   |                           |     NERSESYAN, Defendant                                                                           |
| 6   | Dated: January 17, 2013   | BENJAMIN B. WAGNER<br>United States Attorney                                                       |

By   */s/ Candace A. Fry for*
     R. STEVEN LAPHAM
     Assistant United States Attorney

(Signed for Mr. Beevers and Mr. Lapham with their prior authorization)

## O R D E R

IT IS SO FOUND AND ORDERED.

Dated: January 23, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge