CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E Mail: c.fry@att.net

Attorney for AGVAN NERSESYAN,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 12-CR-00195-GEB |
| Plaintiff, | ) | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; (PROPOSED) FINDINGS AND ORDER** |
| v. | ) | |
| EMMA NERSESYAN and AGVAN NERSESYAN,, | ) | |
| Defendants. | ) | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, as follows:

1.      By previous order, this matter was set for status on February 15, 2013.

2.      By this stipulation, defendants now move to continue the status conference until March 22, 2013,  and to exclude time between February 15, 2013, and March 22, 2013, under Local Code T4.  Plaintiff does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      The government has represented that the discovery associated with this case includes approximately 745 pages of documents  All of this discovery has been either produced directly to counsel and/or made available for inspection and

–1–

1          copying.

2   b.     Counsel for defendants desire additional time to consult with their clients, to review

3          the current charges, to conduct investigation and research related to the charges

4          and to discuss potential resolutions with their clients.  Specifically, counsel are in

5          the process of setting a meeting with the clients and an interpreter to review recent

6          discovery.   Counsel for defendants believe that failure to grant the above-

7          requested continuance would deny them reasonable time necessary for effective

8          preparation, taking into account the exercise of due diligence.

9   c.     The government does not object to the continuance.

10  d.     Based on the above-stated findings, the ends of justice served by continuing the

11         case as requested outweigh the interest of the public and the defendant in a trial

12         within the original date prescribed by the Speedy Trial Act.

13  e.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14         et seq., within which trial must commence, the time period of February 15, 2013 to

15         March 22, 2013,  inclusive, is deemed excludable pursuant to 18 U.S.C.§

16         3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted

17         by the Court at defendants' request on the basis of the Court's finding that the

18         ends of justice served by taking such action outweigh the best interest of the

19         public and the defendant in a speedy trial.

20      4. Nothing in this stipulation and order shall preclude a finding that other provisions of

21  the Speedy Trial Act dictate that additional time periods are excludable from the period

22  within which a trial must commence.

23  IT IS SO STIPULATED.

24

25

26  Dated:  February 11, 2013                              _/s/ Candace A. Fry_

27                                              CANDACE A. FRY, Attorney for
                                                AGVAN NERSESYAN, Defendant
28

–2–

Dated:  February 11, 2013                          JOSEPH SCHLESINGER
                                                   Acting Federal Defender

                                         By   /s/ Candace A. Fry for
                                                   DOUGLAS BEEVERS. Assistant
                                                   Federal Defender, Attorney for EMMA
                                                   NERSESYAN, Defendant

Dated:  February 11, 2013                          BENJAMIN B. WAGNER
                                                   United States Attorney

                                         By   /s/ Candace A. Fry for
                                                   R. STEVEN LAPHAM
                                                   Assistant United States Attorney

                                                   (Signed for Mr. Beevers and Mr. Lapham with
                                                   their prior authorization)

## O R D E R

         IT IS SO FOUND AND ORDERED.

Dated:  February 13, 2013

                                         _____
                                         GARLAND E. BURRELL, JR.
                                         Senior United States District Judge