CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E Mail: c.fry@att.net

Attorney for AGVAN NERSESYAN,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EMMA NERSESYAN and AGVAN NERSESYAN, <br><br> Defendants. | No. 12-CR-00195-GEB <br><br> **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; (PROPOSED) FINDINGS AND ORDER** |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, as follows:

1. By previous order, this matter was set for status on September 6, 2013.

2. By this stipulation, defendants now move to continue the status conference until October 25, 2013,  and to exclude time between September 6, 2013, and October 25, 2013, under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has represented that the discovery associated with this case includes approximately 745 pages of documents.  All of this discovery has been either produced directly to counsel and/or made available for inspection and

1         copying.

2     b.    Counsel for defendants desire additional time to consult with their clients, to conduct investigation and research related to the charges, to request further discovery from the Government and to discuss potential resolutions with the Government and their clients.  Counsel for defendants believe that failure to grant the above-requested continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c.    The government does not object to the continuance.

    d.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 6, 2013, to October 25, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 4, 2013                      /s/ Candace A. Fry
                                                              CANDACE A. FRY, Attorney for
                                                              AGVAN NERSESYAN, Defendant

Dated: September 4, 2013                      HEATHER WILLIAMS,
                                                              Federal Defender

                                                              By    /s/ Candace A. Fry for
                                                                         DOUGLAS BEEVERS. Assistant

|   |   |
|---|---|
|   | Federal Defender, Attorney for EMMA NERSESYAN, Defendant |
| Dated:   September 4, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
|   | By   */s/ Candace A. Fry for*<br>       LEE S. BICKLEY<br>       Assistant United States Attorney |
|   | (Signed for Mr. Beevers and Ms. Bickley with their prior authorization) |

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated:  September 10, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge