HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
EMMA NERSESYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:12-CR-00195 GEB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | |
| EMMA NERSESYAN, | ) ) | DATE:    October 24, 2014
TIME:    9:00 a.m.
JUDGE:  Hon. Garland E. Burrell, Jr. |
| Defendant. | ) ) | |

   IT IS HEREBY STIPULATED between the parties, LEE BICKLEY, Assistant United States Attorney, counsel for the plaintiff, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant EMMA NERSESYAN, that the status conference set for September 19, 2014 be vacated, and the matter be set for status conference on October 24, 2014 at 9:00 a.m.  The reason for this continuance is that defense requires additional time to investigate potentially exculpatory evidence.  In particular, the Defendant Emma Nersesyan needs to be able to interview co-defendant Agvan Nersesyan after he is sentenced in September 2014 to determine whether he will be an exculpatory witness.  The Armenian interpreter is needed for the sentencing and the interview.  In addition, defense counsel needs time to discuss this case with his client.

   The parties stipulate and agree that the time period between the signing of this order through and including October 24, 2014 should be excluded from the calculation of time under

the Speedy Trial Act. The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. §3161(h)(7)(A)and(B)(iv) [reasonable time to prepare] (Local Code T-4).

Dated:  September 17, 2014                   Respectfully submitted,

                                                      HEATHER E. WILLIAMS
                                                    Federal Defender

                                                    */s/Douglas Beevers*
                                                    DOUGLAS BEEVERS
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    EMMA NERSESYAN

Dated:  September 17, 2014                   BENJAMIN B. WAGNER
                                                    United States Attorney

                                                    */s/ Lee Bickley*
                                                    LEE BICKLEY
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff

## O R D E R

IT IS SO ORDERED.  Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the signing of this order through and including October 24, 2014 pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time to prepare] (Local Code T4). A new status conference date is hereby set for October 24, 2014 at 9:00 a.m.

Dated:  September 17, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge