BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0195 GEB |
| Plaintiff, | MOTION TO DISMISS |
| v. | |
| EMMA NERSESYAN, AGVAN NERSESYAN, | |
| Defendants. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, United States of America, by and through its undersigned attorney, and in the interest of justice, moves this Court for an order dismissing the indictment without prejudice against EMMA NERSESYAN, in Case No. 2:12-cr-0195 GEB, filed on May 23, 2012.

Dated: October 22, 2014          BENJAMIN B. WAGNER
                                 United States Attorney

                          By:    /s/ LEE S. BICKLEY
                                 LEE S. BICKLEY
                                 Assistant United States Attorney

Motion to Dismiss                         1

BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0195 GEB |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| EMMA NERSESYAN, AGVAN NERSESYAN, | |
| Defendants. | |

The government's motion to dismiss the indictment against defendant EMMA NERSESYAN, in case number 2:12-cr-0195 GEB is granted. Fed. R. Crim. P. 48(a). The indictment, as to EMMA NERSESYAN, is hereby dismissed without prejudice.

Dated: October 23, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Proposed Order re Motion to Dismiss       1